# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAPHNE M. GILBERT,

    Plaintiff,

v.                                           CASE NO. 4:10cv301-RH/WCS

WARDEN P. AUGUSTINE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 8). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on December 14, 2010.

                                                    s/Robert L. Hinkle
                                                    United States District Judge